UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH ADELA FERNANDEZ MARTINEZ,

                    Plaintiff,

      - against -

UVNV, LLC,

                  Defendant.

---

25-cv-8284 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **December 8, 2025.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          October 10, 2025

                               John G. Koeltl
                    United States District Judge