UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

JUDITH ADELA FERNANDEZ
MARTINEZ, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS
SIMILARLY SITUATED,

Plaintiffs,

v.

UVNV, LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

:
:
:
:
:
:   No.: 1:25-cv-8284
:
:   **NOTICE OF VOLUNTARY**
:   **DISMISSAL**
:
:
:
:
:
:
:

 

Plaintiff(s), JUDITH ADELA FERNANDEZ MARTINEZ, in accordance with Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action

with prejudice and without fees and costs against Defendant, UVNV, LLC.


Dated:   New York, New York
         Nov. 20, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge